■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK BOND, Appellant. [852 NYS2d 764]—

The hearing court had an opportunity to observe the demeanor of both the prosecution witnesses and defendant. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]).

We perceive no basis for reducing the sentence. Concur—Lippman, P.J., Andrias, Williams and McGuire, JJ.